# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132584

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

YVONNE NYETTA THOMPSON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132584
COA: 272520
Kent CC: 05-001254-FC

_____/

      On order of the Court, the application for leave to appeal the October 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk

s0220